1  BRUCE C. FUNK (SBN 122340)
   Law Office of Bruce C. Funk
2  46 West Santa Clara Street
   San Jose, California  95113
3  Telephone:  (408) 280-6488
   Facsimile:   (408) 286-3139
4  Email: bcfunkesq@aol.com

5  Attorney for Defendant
   TAEKYUNG LEE aka Fukuko Okada
6  aka Katherine Ahnutungook Kingik

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE  DIVISION

11

12  UNITED STATES OF AMERICA,            )   CASE NUMBER: CR-13-00491-DLJ
                                         )
13              Plaintiff,                )
                                         )   STIPULATION AND [PROPOSED] ORDER
14       vs.                              )   CONTINUING SENTENCING HEARING
                                         )
15  TAEKYUNG LEE aka Fukuko Okada        )
    aka Katherine Ahnutungook Kingik,    )
16                                        )
                Defendant.                )

   The Defendant, Taekyung Lee aka Fukuko Okada aka Katherine Ahnutungook Kingik, represented by Bruce Funk, and the Government, represented by Edward Fluet, Assistant United States Attorney, hereby stipulate and request to continue the February 11, 2014 sentencing hearing to April 10, 2014.  In order to ensure a complete and full Presentence Investigation Report, time is needed for the Defendant to be interviewed by the Probation Department.  In order to adequately represent the Defendant and timely file a Sentencing Memorandum, this continuance is requested.

//
//
//
//
//

---

**STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING**
**CASE NUMBER CR-13-00491-DLJ**

1

The parties respectfully request that the February 11, 2014 sentencing be continued to hearing to April 10, 2014. On that date, the parties expect both sides will be ready for sentencing.

**IT IS SO STIPULATED**.

Dated: February 5, 2014

/s/
BRUCE C. FUNK
Attorney for Takeyung Lee aka Fukuko Okada aka Katherine Ahnutungook Kingik

Dated: February 5, 2014

/s/
EDWARD FLUET
Assistant United States Attorney

## ORDER

Based upon the stipulation, representation of counsel, and for good cause shown, the February 11, 2014 sentencing hearing is continued to April 10, 2014, at 10:00 a.m.

Dated: February FG, 2014

D. LOWELL JENSEN
United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING HEARING
CASE NUMBER CR-13-00491-DLJ

2