BRUCE C. FUNK (SBN 122340)
Law Office of Bruce C. Funk
46 West Santa Clara Street
San Jose, California 95113
Telephone: (408) 280-6488
Facsimile: (408) 286-3139
Email: bcfunkesq@aol.com

Attorney for Defendant
TAEKYUNG LEE aka Fukuko Okada
aka Katherine Ahnutungook Kingik

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NUMBER: CR-13-00491-DLJ |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING |
| TAEKYUNG LEE aka Fukuko Okada aka Katherine Ahnutungook Kingik, | |
| Defendant. | |

     The Defendant, Taekyung Lee aka Fukuko Okada aka Katherine Ahnutungook Kingik, represented by Bruce Funk, and the Government, represented by Casey O'Neill, Assistant United States Attorney, hereby stipulate and request to continue the April 10, 2014 sentencing hearing to May 29, 2014. The Probation Department has requested a continuance in order to complete the Presentence Investigation Report for the Court.

//
//
//
//
//
//
//

1 | The parties respectfully request that the April 10, 2014 sentencing be continued to hearing to
2 | May 29, 2014. On that date, the parties expect both sides will be ready for sentencing.
3 |
4 | **IT IS SO STIPULATED**.
5 |
6 | Dated: March 31, 2014                                    /s/
7 |                                                          BRUCE C. FUNK
  |                                                          Attorney for Takeyung Lee aka Fukuko
  |                                                          Okada aka Katherine Ahnutungook Kingik
8 |
9 |
10 | Dated: March 31, 2014                                   /s/
   |                                                         CASEY O'NEILL
   |                                                         Assistant United States Attorney
11 |
12 |
13 |                                   **ORDER**
14 | Based upon the stipulation, representation of counsel, and for good cause shown, the April 10,
15 | 2014 sentencing hearing is continued to May 29, 2014, at 10:00 a.m.
16 |
17 | Dated: April Ì___, 2014
   |                                                         D. LOWELL JENSEN
18 |                                                         United States District Judge

**STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING
CASE NUMBER CR-13-00491-DLJ**

2